Order issued September 25, 2015



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-14-01483-CR
_____

### JEREMY DEMONE WILLIAMS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

## O R D E R

Before Justices Lang, Evans, and Whitehill

Based on the Court's opinion of this date, we **GRANT** the May 13, 2015 motion of Ronald L. Goranson for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Ronald L. Goranson as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Jeremy Demone Williams, TDCJ No. 1967675, LeBlanc Unit, 3695 FM 3514, Beaumont, Texas, 77705.

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE